BRINKMAN (WILSON v.). See Case No. 17,794.

BRINTON (WARNER v.). See Case No. 17,179.

BRIONES (UNITED STATES v.). See Case No. 14,649.

═══

## Case No. 1,885.

### Ex parte BRISCO.

[The case reported under this title in 1 Gaz. 78, is the same as Case No. 1,886.]